BL9116030

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE: KAREN ANDREA COHEN : Chapter: 13
:
:
:
: CASE NO: 4:11-04132-JJT
:

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 14, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 7/14/2016

Case 4:11-bk-04132-JJT    Doc 62    Filed 07/14/16    Entered 07/14/16 10:46:29    Desc
Main Document    Page 1 of 1