IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE: KAREN ANDREA COHEN  :  Chapter: 13
: 
: 
: 
:  CASE NO:  4:11-04132-JJT
: 

## NOTICE OF ADDRESS CHANGE

eCast Settlement Corporation hereby changes its address for its claim number 13, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200

    TUCSON, AZ 85712

New Address for Notices and Payments:

    eCast Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE: 7/14/2016